UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLEE CASTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>L. SPRINGS,<br><br>    Defendants. | Case No. 2:18-CV-01538-JVS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Defendant's Motion for Order Revoking Plaintiff's In Forma Pauperis ("IFP") Status (Dkt. 32, "Motion"), the Request for Judicial Notice in Support of the Motion (Dkt. 33), Plaintiff's Non-Opposition to the Motion (Dkt. 34), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 36). No party has filed any written objections to the report. The Report and Recommendation is therefore approved and accepted.

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;
2. Plaintiff's IFP Status is REVOKED and the order granting IFP Status (Dkt. 9) is VACATED;

3. Unless Plaintiff pays to the Clerk of the Court the unpaid balance of the full filing fee, that is, $237.00, within thirty (30) days from the date of this Order, this action shall be dismissed without prejudice.

Dated: April 15, 2019

_____
JAMES V. SELNA
United States District Judge