UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLEE CASTLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. SPRINGS,<br><br>　　　　　Defendants. | No. 2:18-CV-01538 JVS (JDE)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On April 15, 2019, the Court issued an Order revoking the *in forma pauperis* status of Plaintiff Sylee Castle ("Plaintiff") and directing that the action be dismissed without prejudice unless Plaintiff paid the unpaid balance of the full filing fee, $237, within 30 days. Dkt. 37. Plaintiff has not paid the remaining filing fee or sought additional time in which to do so.

As a result, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: May 28, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　United States District Judge