UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLEE CASTLE,<br><br>        Plaintiff,<br><br>        v.<br><br>L. SPRINGS,<br><br>        Defendants. | No. 2:18-CV-01538 JVS (JDE)<br><br>JUDGMENT |

    Pursuant to the Order of Dismissal Without Prejudice,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 28, 2019

                                        _____
                                        JAMES V. SELNA
                                        United States District Judge